**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01565-CV

### DEBORAH HUMPHREY, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07257**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion for stay pending mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE